# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CLEAR FORM**

Electronic Privacy Information Center )
  *Plaintiff* )
  )
v. )    Civil Action No. 25-597
  )
U.S. Office of Personnel Management )
  )
  *Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

United States Office of Personnel Management
1900 E Street N.W.
Washington, D.C. 20415

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeramie D. Scott
Electronic Privacy Information Center
1519 New Hampshire Avenue N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*